United States District Court
Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DANIEL ESCOBAR, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>CITY OF SAN JOSE,<br><br>    Defendant. | Case Nos. 18-CV-01394-LHK;<br>18-CV-01403-LHK<br><br>**SUA SPONTE REFERRAL FOR DETERMINING RELATIONSHIP OF CASES** |
| MARCO CONDE, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>CITY OF SAN JOSE,<br><br>    Defendant | |

In accordance with Civil Local Rule 3-12(c), the above captioned cases are hereby referred to United States District Judge James Donato to determine whether they are related to Case No. 3:18-cv-1383-JD, *Barnett v. City of San Jose*.

**IT IS SO ORDERED.**

Dated: May 1, 2018

_____
LUCY H. KOH
United States District Judge

1
Case Nos. 18-CV-01394-LHK, 18-CV-1403-LHK
SUA SPONTE REFERRAL FOR DETERMINING RELATIONSHIP OF CASES